# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>        Plaintiff,                              )<br>v.                                                       )<br>                                                             )<br>THE SUCCESSORS OF JOHN B.      )<br>GIBSON, SR. (Deceased);                )<br>BEVERLY GIBSON;                         )<br>PATRICIA O. GIBSON;                    )<br>COMMERCIAL CREDIT PLAN, INC.; )<br>STATE OF OKLAHOMA ex rel.        )<br>OKLAHOMA TAX COMMISSION;   )<br>CLEVELAND COUNTY TREASURER; )<br>BOARD OF COUNTY COMMISSIONERS )<br>OF CLEVELAND COUNTY;             )<br>                                                             )<br>        Defendant(s).                         ) | Case No. CIV-04-1395-T |

## ORDER GRANTING APPLICATION FOR DISTRIBUTION OF FUNDS

On September 2, 2005, the Defendant Patricia Gibson filed an Application for Distribution of Funds. The certificate of mailing reflects that Defendant Patricia Gibson mailed a copy of her Application Plaintiff, the Oklahoma Tax Commission, the Cleveland County Treasurer, the Board of County Commissioners for Cleveland County, Commercial Credit Plan, Inc. and Tim Thompson. Despite the passage of more than eighteen days, no objections to the Application have been filed. Therefore, the Court finds the Application is deemed confessed and further finds for cause shown the amount of $23,343.17 on deposit with the Clerk of this Court should be paid over to Patricia Gibson, at 704 Meadow Lake, Noble, Oklahoma 73068.

IT IS SO ORDERED this  23rd  day of September, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE